In the Matter of the ESTATE OF JEAN M. JELLICO, Deceased. ALEXANDER H. CLEMENTS, Respondent; BENJAMIN JELLICO, Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between TROJAN TEXTILE CORP., Respondent, and TAILORED JUNIOR DRESS COMPANY, INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

VIRCHAND PANACHAND & CO., INC., Appellant, v. AMEXIMPO, INC., Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FRANCES STERNBACH v. ABRAHAM STERNBACH.— Present — Peck, P. J., Glennon, Dore, Cohn and Shientag, JJ. [See ante, p. 558.]

In the Matter of SOLOMON BRENNER, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator of the Temporary State Housing Rent Commission, et al., Respondents.— Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 278 App. Div. 920.]

PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, as Trustee, Respondent, v. SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant. PAK-IT-RITE PAPER BOX CO., INC., Respondent, v. SECURITY MUTUAL LIFE INSURANCE COMPANY, Appellant. (Consolidated Actions.) We think, under the special circumstances of this case, the examinations requested were warranted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 734.]